AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUL 29 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MARTIN MENDOZA | CASE NUMBER: 08CR2501-BEN |

I, <u>MARTIN MENDOZA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/29/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

MENDOZA MARTIN
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer